No. 673. SAYLAR *v.* UNITED STATES. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Julian K. Saylor, pro se.* No appearance for the United States.

No. 626. ALSOP *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. R. T. M. McCready* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

No. 630. DI GIORGIO FRUIT CORP. ET AL. *v.* NORTON, DEPUTY COMMISSIONER. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph W. Henderson, Thomas F. Mount,* and *George M. Brodhead, Jr.,* for petitioners. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Henry A. Julicher* for respondent.

No. 639. MEYER ET AL. *v.* KENMORE GRANVILLE HOTEL CO. ET AL. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Messrs. Claude A. Roth, Isaac E. Ferguson, Arthur M. Cox,* and *Irving H. Flamm* for respondents.

No. 646. AEROVOX CORPORATION *v.* MICAMOLD RADIO CORP. January 17, 1938. Petition for writ of certiorari